UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**SEND**

CIVIL MINUTES - GENERAL

Case No. CV00-11769-GAF(RCx)                    September 30, 2002

Title:   UNITED STATES OF AMERICA -v-CITY OF LOS ANGELES,   BOARD OF
POLICE COMMISSIONERS OF THE CITY OF LOS ANGELES, LOS ANGELES POLICE
DEPARTMENT
======================================================================
PRESENT:  HONORABLE GARY ALLEN FEESS, JUDGE

          Marilynn Morris                    Lisa Gonzalez
          Courtroom Deputy                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

          P. O'Beirne                        R. P. Katrnak
          D. Murphy                          P. Glaser
                                             M. Sheridan
                                             C. Lhamon
                                             S. Yagman
                                             G. Peterson
                                             M.  Rosenbaum


PROCEEDINGS: PROPOSED INTERVENER RENEWED MOTION FOR PERMISSIVE
INTERVENTION; DEFENDANT CITY OF LOS ANGELES MOTION FOR ISSUANCE OF
DECLARATION UNDER PARAGRAPH 184(a)

     Matter called. Counsel state their appearances for the record.
Counsel argue their motions to the Court.  The Court grants the renewed
motion for permissive intervention.  The Court orders counsel to meet and
confer regarding a date for addressing 184(a) issue and report back to
the Court.

     The Los Angeles Police Protective League's 12(b)(6) is taken off
calendar.

     A written Order will be issued re ruling on Permissive Intervention
motion.

     IT IS SO ORDERED.




MINUTES FORM 11                        Initials of Deputy Clerk _____
CIVIL -- GEN

192