Rockard J. Delgadillo, City Attorney
Terree A. Bowers, Chief Deputy
Frederick N. Merkin, Senior Counsel
Mark F. Burton, Assistant City Attorney
OFFICE OF THE LOS ANGELES CITY ATTORNEY
200 N. Main Street, 1700 City Hall East
Los Angeles, California 90012-4131
Telephone: (213) 485-4565
Facsimile: (213) 485-8898

Patricia L. Glaser
R. Paul Katrinak
CHRISTENSEN, MILLER, FINK, JACOBS, GLASER,
WEIL & SHAPIRO, LLP
2121 Avenue of the Stars, 18th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Defendants City of Los Angeles, the
Board of Police Commissioners of the City of Los
Angeles, and the Los Angeles Police Department

Gregory G. Petersen
Michael E. Koskie
THE PETERSEN LAW FIRM
2755 Bristol Street, Suite 280
Costa Mesa, California 92626
Telephone: (714) 708-8000
Facsimile: (714) 708-8010

Attorney for Intervener Defendant Los Angeles Police
Protective League

///
///
///
///
///
///
///
///
///
///
///

CLERK U.S. DISTRICT COURT
FILED
11-8-02
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

00 CV 11769
USA v. City of LA

ENTERED ON ICMS
11-12-02

198

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 00-11769 GAF (RcX) |
| Plaintiff, | **STIPULATION WITHDRAWING CITY'S MOTION UNDER PARAGRAPH 184(a) OF THE CONSENT DECREE AND INTERVENER'S MOTION UNDER RULE 12** |
| v. | |
| CITY OF LOS ANGELES, CALIFORNIA, et al., | |
| Defendants, | Date: November 8, 2002 |
| | Time: 9:30 am |
| LOS ANGELES POLICE PROTECTIVE LEAGUE, | Honorable Gary A. Feess |
| | 740 Roybal Federal Building |
| Intervener Defendant | |

The City of Los Angeles and the Los Angeles Police Protective League stipulate as follows:

1) The provisions identified in the City's motion under decree ¶ 184(a) are the only decree provisions that, on their face, are subject to the meet and confer process.

2) The City and the League further agree that the meet and confer process is contemplated by ¶ 8 of the Consent Decree and that they will comply with said provision:

a. In regard to both to the language of Consent Decree provisions identified in the City's motion under ¶ 184(a) and any implementing actions, where the actions themselves are subject to the meet and confer process.

b. On orders or other actions implementing other decree provisions where those orders or portions thereof meet the legal standard for meeting and conferring as set forth in Consent Decree ¶ 8. Thus, for example, while the City and the League acknowledge that the Consent Decree's

requirement that the City create a TEAMS II database is not subject to the meet and confer process, they also agree that implementation of TEAMS II, in the employment context, may or may not be subject to that process as set forth in ¶ 8 of the Consent Decree.

3) In reaching this agreement, the City and the League expressly disavow any intention of extending the meet and confer process beyond the boundaries now established by law or by the decree.

4) Recent meetings and discussions between representatives in both this legal action and in the separate negotiations process lead both parties to believe that each has a better understanding of the concerns of the other and as result can move forward more expeditiously as a result.

5) Based upon this stipulation, the City will withdraw its Motion regarding ¶ 184(a) and the League will withdraw its motion pursuant to Rule 12. This agreement does not affect the rights of the parties to "meet and confer" with regard to the expiration and renewal of the current Memorandum of Understanding or any other rights to meet and confer or meet and consult regarding issues relevant thereto.

- 3 -

Dated: 11/5/02

CHRISTENSEN, MILLER, FINK, JACOBS, GLASER, WEIL & SHAPIRO, LLP

By: _____

R. Paul Katrinak
Attorneys for defendants City of Los Angeles, the Board of Police Commissioners of the City of Los Angeles, and the Los Angeles Police Dept.

Dated:_____

THE PETERSEN LAW FIRM

By: _____

Michael E. Koskie, Attorneys for Intervener-Defendant Los Angeles Police Protective League

ORDER

IT IS HEREBY ORDERED that the City's Motion Under Paragraph 184(a) of the Consent Decree and Intervener's Motion Under Rule 12 are withdrawn.

Dated: 11/8/2002

_____
THE HONORABLE GARY A. FEESS,
UNITED STATES DISTRICT JUDGE

-4-

Dated:_____

CHRISTENSEN, MILLER, FINK,
JACOBS, GLASER, WEIL &
SHAPIRO, LLP

By: _____

R. Paul Katrinak
Attorneys for defendants City of Los
Angeles, the Board of Police
Commissioners of the City of Los
Angeles, and the Los Angeles Police
Dept.

Dated: 11-5-02

THE PETERSEN LAW FIRM

By: _____

Michael E. Koskie, Attorneys for
Intervener-Defendant Los Angeles
Police Protective League

ORDER

IT IS HEREBY ORDERED that the City's Motion Under Paragraph 184(a) of the Consent Decree and Intervener's Motion Under Rule 12 is withdrawn.

Dated:_____

THE HONORABLE GARY A. FEESS,
UNITED STATES DISTRICT JUDGE

-5-

**PROOF OF SERVICE BY MAIL**
**(Business Practice to Entrust Deposit to Others)**
**(CCP Section 1013a(3))**

I, MAGDALENA OLAGUEZ, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 1700 City Hall East, 200 North Main Street, Los Angeles, California 90012, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On November 6, 2002, at my place of business at Los Angeles, California, a copy of the attached **STIPULATION WITHDRAWING CITY'S MOTION UNDER PARAGRAPH 184(a) OF THE CONSENT DECREE AND INTERVENOR'S MOTION UNDER RULE 12** was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid addressed to:

**SEE SERVICE LIST ATTACHED**

and that envelope was placed for collection and mailing on that date following ordinary business practice.

_X__ Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.
___ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED on November 6, 2002, at Los Angeles, California.

_____
MAGDALENA OLAGUEZ

-6-

Service List

Mark D. Rosenbaum
Catherine E. Lhamon
ACLU Foundation of Southern California
1616 Beverly Blvd.
Los Angeles, CA 90026
213 977 9500
213 250 3919 (fax)

Erwin Chemerinsky
University of Southern California Law School
699 Exposition Blvd
Los Angeles, CA 90089-0071
213 740 2539
213 740 5502 (fax)


Stephen Yagman
Marion R. Yagman
Joseph Reichmann
Kathryn S. Bloomfield
Yagman & Yagman & Reichmann & Bloomfield
723 Ocean Front Walk
Venice, California 90291-3270
(310) 452-3200


Brian C. Lysaght
Frederick D. Friedman
Mitchell A. Kamin
O'neill, Lysaght & Sun
100 Wilshire Boulevard, 7th Floor
Santa Monica, California 90401
(310) 451-5700