UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

**Case No.** CV 00-11769 GAF (RCx)    **Date:** June 2, 2005

**Title:** United States v. City of Los Angeles, et al.

## The Honorable Gary Allen Feess, Judge

| Marilynn Morris | None Present |
|---|---|
| **Courtroom Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None Present

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None Present

**PROCEEDINGS:** (In Chambers)

The Court has read and considered the response of the Monitor to the proposed modifications to the Consent Decree, which are contained at page 7 of the May 16, 2005, Quarterly Report. Based on the recommendation of the Monitor and the Court's independent consideration of the modifications, the Court has approved the proposed modifications to the Consent Decree.

IT IS SO ORDERED.

DOCKETED ON CM
JUN 3 2005
BY _____
006

MINUTES FORM 11
CIVIL--GEN                                        -1-                       Initials of Courtroom Deputy Clerk