FILED
CLERK, U S DISTRICT COURT

MAR 22 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send     X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. CV 00-11769 GAF (RCx) |
|---|---|
| Plaintiff, | **ORDER RE: HEARING ON EXTENSION OF CONSENT DECREE** |
| v. | |
| CITY OF LOS ANGELES, CALIFORNIA, BOARD OF POLICE COMMISSIONERS OF THE CITY OF LOS ANGELES, AND THE LOS ANGELES POLICE DEPARTMENT, |  DOCKETED ON CM MAR 23 2006 |
| Defendants. | |

By its terms, the Consent Decree in this case will soon expire unless extended by the Court. It appears to the Court that major tasks established by the Consent Decree remain uncompleted, most notably the implementation of the TEAMS II system. Accordingly, the parties are ORDERED TO SHOW CAUSE why the Consent Decree should not be extended for a minimum of two additional years. The parties may submit written briefing on the question, which is to be submitted on or before April 17, 2006. The Court will conduct a hearing on the matter on May 1, 2006, at 3:30 p.m. The parties may wish to include discussion regarding the status of the following items:

1. (1) TEAMS II
2. (2) Performance evaluation system
3. (3) Use of force
4. (4) Search and arrest procedures
5. (5) Initiation of citizen complaints
6. (6) Disciplinary and non-disciplinary action
7. (7) Discrimination questions relating to motor vehicle and pedestrian stops
8. (8) Inspector General review and audits
9. (9) Operations of the Police Commission and Inspector General.

In lieu of the foregoing, the Court will consider any stipulation of the parties regarding an extension of the Consent Decree and the matters to be encompassed by the extension. If the parties reach a stipulation, the Court will consult with the Monitor regarding the parties' proposal to determine whether a hearing on the proposal is required.

DATED: March 22, 2006

Judge Gary Allen Feess
United States District Court