1  Rockard J. Delgadillo, City Attorney, SBN 125465
   Richard H. Llewellyn, Jr., Chief Deputy, SBN 105072
2  Frederick N. Merkin, Outside Counsel Assisting the City Attorney, SBN 052628
   Carlos De La Guerra, Assistant City Attorney, SBN 164046
3  OFFICE OF THE CITY ATTORNEY
   200 N. Main Street, 800 City Hall East
4  Los Angeles, California 90012-4131
   Telephone: (213) 978-8380/Facsimile: (213) 978-8787
5
   Patricia L. Glaser, SBN 055668
6  CHRISTENSEN, MILLER, FINK, JACOBS, GLASER, WEIL & SHAPIRO, LLP
   10250 Constellation Boulevard, 19th Floor
7  Los Angeles, California 90067
   Telephone: (310) 553-3000/ Facsimile: (310) 556-2920
8
   Attorneys for Defendants CITY OF LOS ANGELES
9  THE BOARD OF POLICE COMMISSIONERS OF THE CITY OF LOS ANGELES
   and THE LOS ANGELES POLICE DEPARTMENT
10

11                    UNITED STATES DISTRICT COURT

12                    CENTRAL DISTRICT OF CALIFORNIA

13

14 | UNITED STATES OF AMERICA,            )  Case No. CV 00-11769 GAF (RCx)
                                          )
15 |          Plaintiff,                  )  [PROPOSED] ORDER GRANTING
                                          )  DEFENDANTS' APPLICATION
16 |     v.                               )  FOR EXTENSION OF TIME TO
                                          )  FILE BRIEF IN RESPONSE TO
17 | CITY OF LOS ANGELES,                 )  THE COURT'S ORDER TO SHOW
     CALIFORNIA, BOARD OF POLICE          )  CAUSE, AND TO CONTINUE THE
18 | COMMISSIONERS OF THE CITY OF         )  HEARING DATE
     LOS ANGELES, AND THE LOS             )
19 | ANGELES POLICE DEPARTMENT            )
                                          )
20 |          Defendants.                 )
                                          )
21

22       This matter came before the Court on the ex parte application of Defendants for

23  an order extending time for Defendants to file a brief in response to the Court's Order

24  to Show Cause pertaining to the extension of the Consent Decree, and to continue the

25  hearing date as to the same.

26       The Court, having considered the application now issues the following Order:

27  ///

28  ///

[PROPOSED] ORDER FOR EXTENSION OF TIME AND TO CONTINUE THE HEARING DATE

Defendants' APPLICATION for an extension of time to file a brief in response to the Court's Order to Show Cause pertaining to the extension of the Consent Decree and to continue the hearing date is GRANTED.

# [PROPOSED] **ORDER**

It is hereby ORDERED that Defendants are granted a 14-day extension of time to file a brief concerning an extension of the Consent Decree no later than May 1, 2006.

The hearing originally set for May 1, 2006 is hereby VACATED and a new date for the hearing ORDERED to take place on __May 15__, 2006 at __3:00__ a.m./p.m. in this Court.

IT IS SO ORDERED.

DATED: 4/10/06

Honorable Gary A. Feess
United States District Court Judge

# PROOF OF SERVICE
## (VIA VARIOUS METHODS)

I, the undersigned, say: I am over the age of 18 years and not a party to the within action or proceeding. My business address is 800 City Hall East, 200 North Main Street, Los Angeles, California 90012.

On, **April 6, 2006** I served the foregoing documents described as:

**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE, AND TO CONTINUE THE HEARING DATE**

on all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

**PLEASE SEE ATTACHED LIST**

[XX] BY MAIL - I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business.

[] BY PERSONAL SERVICE - ( ) I delivered by hand, or ( ) I caused to be delivered via messenger service, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[] BY FACSIMILE TRANSMISSION - I caused the document to be transmitted to the offices of the addressee via facsimile machine to XXX on the date and time shown on the Transmission Report attached hereto. The document was sent by fax from (213) 978-8787 and the transmission was reported complete and without error. A true copy of the Transmission Report is attached to the mailed or personal or both proof(s) of service.

[] BY OVERNIGHT COURIER - I deposited such envelope in a regularly maintained overnight courier parcel receptacle prior to the time listed thereon for pick-up. Hand delivery was guaranteed by the next business day.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed **April 6, 2006** at Los Angeles, California.

_____
ANITA M. AGUAYO

3.

---

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE, AND TO CONTINUE THE HEARING

| | |
|---|---|
| 1 | Patricia O'Beirne |
|   | U.S. Department of Justice |
| 2 | Special Litigation Sejction - PHB |
|   | 950 Pennsylvanie Avenue, NW |
| 3 | Washington, D.C. 20530 |
|   | |
|   | Michael Cherkasky |
| 4 | Monitor, Los Angeles Consent Decree |
|   | Kroll & Associates |
| 5 | 900 Third Avenue |
|   | New York, NY 10022 |
|   | |
| 6 | Mark D. Rosenbaum, Esq. |
|   | Ricardo D. Garcia, Esq. |
| 7 | ACLU Foundation of Southern CA |
|   | 1616 Beverly Boulevard |
| 8 | Los Angeles, CA 90026 |
|   | |
|   | Erwin Chemerinsky |
| 9 | University of Southern CA Law School |
|   | 699 Exposition Boulevard |
| 10 | Los Angeles, CA 90089-0071 |
|   | |
| 11 | Stephen Yagman, Esq. |
|   | Marion R. Yagman, Esq. |
|   | Joseph R. Reichmann, Esq. |
| 12 | Kathryn S. Bloomfield, Esq. |
|   | YAGMAN YAGMAN REICHMANN |
| 13 | & BLOOMFIELD |
|   | 723 Ocean Front Walk |
|   | Venice, CA 90291-3270 |
| 14 | |
|   | Enrique Hernandez, Esq. |
| 15 | Diane Marchant, Esq. |
|   | Los Angeles Police Protective League |
| 16 | 1308 West Eighth Street, Suite 206 |
|   | Los Angeles, CA 90017 |

4.

[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR EXTENSION OF TIME TO FILE BRIEF IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE, AND TO CONTINUE THE HEARING