MARK D. ROSENBAUM (SBN 59940)
Email: mrosenbaum@aclu-sc.org
CATHERINE E. LHAMON (SBN 192751)
Email: clhamon@aclu-sc.org
PETER BIBRING (SBN 223981)
Email: pbibring@aclu-sc.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California  90017
Tel:  (213) 977-9500
Fax:  (213) 977-5297

ERWIN CHEMERINSKY, of counsel
University of California, Irvine
School of Law
4500 Berkeley Place
Irvine, California  92697-8000
Tel:  (949) 824-0066

Attorneys for Community Intervenors

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>CITY OF LOS ANGELES, et al.,<br><br>              Defendant,<br><br>MICHAEL GARCIA, et al.,<br><br>              Intervenors.<br>_____ | ) Case No. CV 00-11769 GAF (RCx)<br>)<br>) DECLARATIONS IN SUPPORT OF<br>) STATUS REPORT OF COMMUNITY<br>) INTERVENORS<br>)<br>)<br>) [Filed concurrently with: Status Report<br>) of Community Intervenors re Extension<br>) of the Consent Decree]<br>)<br>)<br>)<br>)<br>) |

# DECLARATION OF PETER BIBRING

**Declaration of Peter Bibring**

I, Peter Bibring, hereby declare:

1.      I am counsel of record for Community Intervenors in the above-captioned case.  I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

2.      Attached as Exhibit A is a status report filed by Executive Director of the LAPD Police Commission dated February 20, 2009, related to the Department's response related to biased policing.  Attached to this report are copies of a letter to Police Commission President Anthony Pacheco from Bruce Strombom, Managing Principal of the Analysis Group, dated February 19, 2009, and the LAPD's report on biased policing, entitled "The Prevention of Biased Policing," dated January 9, 2009.

3.      Attached as Exhibit B is a true and correct copy of a news article: Joel Rubin, *LAPD rejects study finding racial profiling by officers*, L.A. Times  (Jan. 14, 2009).

4.      Attached as Exhibit C is a true and correct copy of a news article: Patrick McGreevy, *LAPD Probes of Alleged Profiling to Be Reviewed*, L.A. Times, B-4 (Jan. 31, 2007).

5.      Attached as Exhibit D is a true and correct copy of a news article: Rachel Uranga, *Bratton to Review Profiling Findings*, The Daily News (Apr. 30, 2008).

6.      Attached as Exhibit E are true and correct copies of selected pages from  Christopher Stone, Todd Foglesong, and Christine M Cole, *Policing Los Angeles Under A Consent Decree: The Dynamics of Change at the LAPD*, Harvard University Kennedy School (May 2009).

7.      Attached as Exhibit F is a true and correct copy of a news article: Maura Dolan and John M. Glionna, *CHP Settles Lawsuit Over Claims of Racial Profiling*, L.A. Times (Feb. 23, 2003).

1    8.    Attached as Exhibit G is a true and correct copy of the LAPD's
2  Professional Standards Bureau Newsletter, *Strategies*, from November 2007,
3  entitled "FTQ: Always a 1.28?"

4    9.    Attached as Exhibit H is a true and correct copy of the LAPD's
5  Professional Standards Bureau Newsletter, *Strategies*, from January 2008, entitled
6  "NTC: Better than a 1.28?"

7    10.    Attached as Exhibit I is a true and correct copy of the LAPD's
8  Professional Standards Bureau Newsletter, *Strategies*, from March 2008, entitled
9  "Reconceive the Reprimand."

10    11.    Attached as Exhibit J is a true and correct copy of Mark R. Perez and
11  Albert A. Pearsall III, *Police Discipline and Community Policing: New Models*,
12  Community Policing Dispatch, U.S. Department of Justice Office of Community
13  Oriented Policing Services (August 2008), *available at*
14  http://www.cops.usdoj.gov/html/dispatch/August_2008/ new_model.htm

15    12.    Attached as Exhibit K is a true and correct copy of a news article:
16  Joel Rubin, *"What LAPD takes, union returns*," L.A. Times (May 21, 2008)

17    13.    Attached as Exhibit L is a true and correct copy of a news article:
18  Joel Rubin, "*Officer payment program criticized,"* L.A. Times  (May 23, 2008)

19    14.    Attached as Exhibit M is a true and correct copy of selected pages
20  from LAPD Report, *An Examination of May Day 2007* (Oct. 9, 2007)

21    15.    Attached as Exhibit N is a true and correct copy of a news article:
22  Joel Rubin, *11 LAPD officers face discipline in May Day melee*, L.A. Times (Sept.
23  17, 2008).

24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

1        16.    Attached as Exhibit O is a true and correct copy of selected pages

2    from the report of the Rampart Blue-Ribbon Commission entitled, *Rampart*

3    *Reconsidered: The Search for Reform Seven Years Later*.

4

5        I declare under penalty of perjury of the laws of the State of California and

6    the United States that the foregoing is true and correct.  Executed this 1st day of

7    June, 2009 in Los Angeles, California.

8                                    \s\ _____

9                                    Peter Bibring

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28