1  Luis A. Carrillo, Esq., SBN-70398
2  LAW OFFICES OF LUIS A. CARRILLO
   1525 Fair Oaks Avenue
3  South Pasadena, CA 91030
   Tel: (626) 799-9375
4  Fax: (626) 725-9380
   email: lac4justice@yahoo.com
5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA,                )    **CASE NO: CV 00-11769 GAF**
12 |                                           )    **(RCx)**
   |         Plaintiffs,                       )
13 |                                           )    **AMICUS CURIE SUMMARY**
   | v.                                        )
14 |                                           )
   | CITY OF LOS ANGELES,                      )
15 | CALIFORNIA; BOARD OF POLICE               )
   | COMMISSIONERS OF THE CITY OF              )
16 | LOS ANGELES; AND THE LOS                  )
   | ANGELES POLICE DEPARTMENT                 )
17 |                                           )
   |         Defendants.                       )
18 |                                           )
   | MICHAEL GARCIA; ERNESTO                   )
19 | LUEVANO; DUC PHAM; JESUS                  )
   | NIETO; SALVADOR SALAS; ROBERT             )
20 | HERNÁNDEZ; CARLOS GONZALEZ;               )
   | DAVID AKSEW; TIMOTHY                      )
21 | CAMPBELL; ALBERTO LOVATO;                  )
   | TONYE ALLEN; REVEREND JAMES               )
22 | M. LAWSON, JR.; SOUTHERN                  )
   | CHRISTIAN LEADERSHIP                      )
23 | CONFERENCE LOS ANGELES; ACLU              )
   | OF SOUTHERN CALIFORNIA;                   )
24 | HOMEBOY INDUSTRIES; ASIAN                 )
   | PACIFIC AMERICAN LEGAL                    )
25 | CENTER; RADIO SIN FRONTERAS,              )
   |                                           )
26 |         Intervenors,                      )
   |                                           )
27 | _____           )

28

INTRODUCTION

The undersigned counsel, as amicus curie, submits a summary of the following three cases for the Court's consideration. These three cases underscore the need for continuation of the Consent Decree because the culture, practices, and misconduct of the LAPD continues unabated, even with the Consent Decree.

May 11, 2005-- LAPD officers fatally shot Bryland Randolph in the back as he lay prone on the ground. The Coroner' Autopsy indicated that the trajectories of the bullets entered his back and traveled forward towards the front of his body. A witness to the officers' shooting was about 30 feet away and she stated that Bryland Randolph had no gun when he was shot. Approximately four to five hours after the shooting officers "discovered" a gun during a walk-through of the incident. The delay in "discovering" the gun raises troubling questions as to whether officers "planted" a gun. This case has resulted in a civil lawsuit, J.D.R. v. City of Los Angeles, case number CV 06-07466 SJO.

July 7, 2007 -- Guillermo Alarcon was falsely arrested by officers on fabricated evidence. The officers were from the Hollywood Division "Gang Enforcement Detail." The officers testified in various court proceedings that Guillermo had thrown a black object towards a dumpster, the black object hit the ground and narcotics were found. During the criminal trial a video was presented during the trial that completely discredited the officers' prior testimony. The video completely undermined the fabricated evidence and perjury committed by the officers. As a result of the video, Superior Court Judge Monica Bachner dismissed the criminal charges against Guillermo Alarcon and Judge Bachner also ruled that he was factually innocent of the criminal charges filed against him. This case has resulted in a civil lawsuit, Guillermo Alarcon v. City of Los Angeles, case number CV 09 -4210 RZ.

April 13, 2009 -- Eleven LAPD officers were involved in an incident where nine of the officers used excessive force on the Fernandez family of three, including a 53 year old woman. The incident occurred in the Hollenbeck division, in Boyle Heights. Officers were responding to a radio call of a "415 man with gun." The officers were across the street arresting an individual when two Fernandez family members entered their driveway in a vehicle. The Fernandez family had nothing to do with the "415 man with a gun" incident, and went inside the residence. Several officers then went to the Fernandez residence and told two family members to go to outside to the street. Moises Fernandez and his mother Magdalena were inside their driveway when police officers entered the family driveway. Magdalena asked several officers in Spanish "what is you want?" One officer pointed a gun at Moises and when Magdalena asked the officer "what did he do?" two officers grabbed Magdalena and pushed her to the ground. While Magdalena was on the ground the officers pushed her face to the ground. When Moises saw that he mother was thrown to the ground, he said "why are you guys doing that?" The officers then grabbed Moises and threw him to the ground and began beating Moises with fists and kicks. Moises suffered a fracture to his right eye socket.

Further details of the cases can be provided to the Court if necessary.

DATED: June 19, 2009        LAW OFFICES OF LUIS A. CARRILLO

                             By:    _____/s_____
                                    Luis A. Carrillo