# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES, CALIFORNIA, BOARD OF POLICE COMMISSIONERS OF THE CITY OF LOS ANGELES, AND THE LOS ANGELES POLICE DEPARTMENT,<br><br>Defendants. | ) CASE No. CV 00-11769 GAF (RCx)<br>)<br>) **[PROPOSED] ORDER**<br>)<br>) The Honorable Gary A. Feess,<br>) United States District Judge<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that this action is **DISMISSED, WITH PREJUDICE**. The Clerk is directed to close the file.

Dated: _____, 2013

_____
Honorable Gary A. Feess
United States District Court Judge

PROOF OF SERVICE

I, the undersigned, say:  I am over the age of 18 years and not a party to the within action or proceeding.  My business address is 800 City Hall East, 200 North Main Street, Los Angeles, California 90012.

On, May 14, 2013, I served the foregoing documents described as:

**[PROPOSED] ORDER**

On all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

PLEASE SEE ATTACHED LIST

[X] BY MAIL - I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid.  I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed May 14, 2013, at Los Angeles, California.

Patricia Guerra

Service List
United States of America v. City of Los Angeles, et al;
USDC Case No. CV 00-11769 GAF (RCX)

Michael Cherkasky
7799 Leesburg Pike, Suite 1100
Falls Church, Virginia 22043

Erwin Chemerinsky, Esq.
Duke University School of Law
Science Drive & Towerview Rd.
Durham, NC 27708
Tel (919) 613-7173

Erwin Chemerinsky, Esq.
University of California, Irvine
School of Law
4500 Berkeley Place
Irvine, CA 92697-8000

Diane Marchant, Esq.
Los Angeles Police Protective League
1308 West Eighth Street, Suite 206
Los Angeles, CA  90017

Stephen Yagman, Esq.
Marion R. Yagman, Esq.
Joseph R. Reichmann, Esq.
Kathryn S. Bloomfield, Esq.
YAGMAN YAGMAN REICHMANN
 & BLOOMFIELD
723 Ocean Front Walk
Venice, CA  90291-3270
Tel (310) 452-3200

Jeffrey Murray, Esq.
Je Yong Jung, Esq.
U.S. Department of Justice
Special Litigation Section – PHB
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
JeYon.Jung@usdoj.gov
Jeffrey.Murray@usdoj.gov

Mark D. Rosenbaum, Esq.
Catherine E. Lhamon, Esq.
Peter Bibring, Esq.
ACLU Foundation of Southern California
1313 West Eight Street
Los Angeles, CA  90017
Tel (213) 977-9500
Fax (213) 977-5297
mrosenbaum@aclu-sc.org
Clhamon@aclu-sc.org
pbibring@aclu-sc.org

Enrique Hernandez, Esq.
Los Angeles Police Protective League
1308 West Eighth Street, Suite 206
Los Angeles, CA  90017
hankhernandez@lappl.org,
leaguegc@aol.com

Stephen H. Silver, Esq.
Silver, Hadden & Silver
1428 2nd Street
Santa Monica, CA  90407
shsilver@shslaborlaw.com